B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of __DELAWARE__ | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>TOPSPIN MEDICAL, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden and trade names): |
| Last four digits of Soc. Sec/Complete EIN or other Tax I.D. No. (if more than one, state all): 51-0394637 | Last four digits of Soc. Sec/Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address Of Debtor (No. and street, city, state zip)<br>Hama'apilim 5<br>Kfar Shmaryahu, Israel    ZIP CODE Israel 46910 | Street Address Of Joint Debtor (No. and street, city, state, zip)<br> <br>  ZIP CODE |
| County of Residence or of the Principal Place of Business: Israel | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address)<br> <br>ZIP CODE | Mailing Address of Joint Debtor (If different from street address)<br> <br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>*(If different from street address above)*<br>  ZIP CODE | |

| Type Of Debtor (Form of Organization)<br>(Check one box.)<br><br>☐ Individual (includes Joint Debtors)<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity:_____ | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>☐ Chapter 7   ☑ Chapter 11   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9   ☐ Chapter 12   of a Foreign Main Proceeding<br>             ☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts |
|---|---|---|

| FILING FEE (Check one box)<br><br>☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.<br>**Check all applicable boxes:**<br>☑ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |
|---|---|

| **Statistical/Administrative Information**<br><br>☑   Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐   Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | This space is for court use only. |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED DEBTS**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | 50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | 50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

#12624602 v1

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **TOPSPIN MEDICAL, INC.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed:   None. | Case Number: | Date Filed: |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR**
(If more than one, attach additional sheet)

| Name of Debtor:   None. | Case Number: | Date: |
|---|---|---|
| District: | Relationship: | Judge: |

| **EXHIBIT A**<br><br>To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | **EXHIBIT B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)      Date |
|---|---|
| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 3612(l)).

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **VOLUNTARY PETITION** *(this page must be completed and filed in every case)* | Name of Debtor(s): **TOPSPIN MEDICAL, INC.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X_____ Signature of Debtor X_____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X_____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney** X_*/s/*_____ Signature of Attorney for Debtor(s) James C. Carignan Printed Name of Attorney for Debtor(s) Pepper Hamilton LLP Firm Name 1313 Market Street, Suite 5100 Address Wilmington, DE 19899-1709 302-777-6500 Telephone Number July , 2010 Date | **Signature of Non-Attorney Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §§ 110(b), 110(h), and 342(b) and; (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) Address _____ X_____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whole social security number is provided above. Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in the petition. X_*/s/*_____ Signature of Authorized Individual Zvi Linkovski Printed Name of Authorized Individual Principal Executive Officer and Chairman of the Board Title of Authorized Individual July 11, 2010 Date | |

#12624602 v1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: TopSpin Medical, Inc.　　　　　　　　　Case No.: 10-[　　　] (　)
　　　　　　　　　　　　　　　　　　　　　　　Chapter　　　11

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 333-144472.

2. The following financial data is the latest available information and refers to the Debtors' condition on May 1, 2010.

   a. Total assets　　　　　　　　　　　　　　　　　　　$354,834.00

   b. Total debts (including debts listed in 2.c., below)　$540,000.00

   c. Debt securities held by more than 500 holders.

|  |  |  |  | Approximate number of holders |
|---|---|---|---|---|
| secured ☐ unsecured ☐ subordinated ☐ | $ N/A | 0 |
| d. Number of shares of preferred stock | 0 | 0 |
| e. Number of shares of common stock | 1 billion authorized; 846,391,659 outstanding, including options to purchase 26,856,261 shares and warrants to purchase 58,064,516 shares | 30 |

Comments, if any:

3. Brief description of Debtor's business: Until Debtor and Debtor's subsidiary TopSpin Israel Ltd. suspended operations in October 2008 due to financial considerations, Debtor was engaged through TopSpin Israel Ltd. in the design, research, development and manufacture of imaging devices that utilize MRI technology by means of miniature probes.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor: Ascher Shmulewitz

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: TopSpin Medical, Inc.              Case No.:_____
                                          Chapter _____11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Principal Executive Officer and Chairman of the Board for TopSpin Medical, Inc. in the above-captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Ascher Shmuelewitz

☐ None [*Check if applicable*]


Date: July 11, 2010

Signature: _____
**Zvi Linkovski**
**Principal Executive Officer and Chairman of the Board**

# TOPSPIN MEDICAL, INC.

## (the "Corporation")

## Unanimous Written Consent of the Board of Directors of the Corporation

The undersigned, being all of the members of the Board of Directors of TopSpin Medical, Inc., a Delaware corporation (the "**Corporation**"), pursuant to Section 141(f) of the Delaware General Corporation Law, hereby consent to the following resolutions and actions which shall be deemed validly adopted resolutions and validly taken actions and shall have the same force and effect as if adopted and done at a duly called meeting of the Board of Directors, and direct that they be filed with the minutes of proceedings of the Board of Directors of the Corporation (the "**Board**").

WHEREAS, the Corporation has an urgent need for additional funding in order to satisfy its obligations as they become due; and

WHEREAS, the Corporation does not have sufficient authorized and unissued shares of capital stock as needed to raise the necessary funds, and following several failed attempts to convene the necessary quorum for a shareholder meeting, the Board has determined that it will not be possible to obtain the required shareholder approval to increase the Corporation's authorized capital stock.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that the Corporation be prepared to file a petition seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code") pursuant to a plan substantially in the form attached as Exhibit "A" hereto; and

**RESOLVED FURTHER**, that any officer of the Corporation ("Officer") be, and hereby is, authorized on behalf of the Corporation to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Officer executing said petition shall determine; and

**RESOLVED FURTHER**, that the Officer be and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which he deems necessary and proper in connection with the chapter 11 cases contemplated hereby; and

H✓

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firm of Pepper Hamilton LLP ("Pepper"), 1313 Market Street, Suite 5100, Wilmington DE 19801, as general bankruptcy counsel in the bankruptcy case; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, financial and professional service firm as may be deemed necessary or appropriate by the Officer; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered for and in the name on behalf of the Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions and to pay such fees as authorized by the Court..

**RESOLVED FURTHER**, that Mr. Zvi Linkovski be appointed as Chairman of the Corporation's Board of Directors and Principal Executive Officer.

IN WITNESS WHEREOF, the undersigned directors have executed this Unanimous Written Consent effective as of July 7, 2010.

_____  _____  _____
Zvi Linkovski            Orly Ben Ami              Hanan Waksman


_____                _____
Eran Feldhay – Independent Director    Ran Ben-Or – Independent Director

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firm of Pepper Hamilton LLP ("Pepper"), 1313 Market Street, Suite 5100, Wilmington DE 19801, as general bankruptcy counsel in the bankruptcy case; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, financial and professional service firm as may be deemed necessary or appropriate by the Officer; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered for and in the name on behalf of the Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions and to pay such fees as authorized by the Court..

**RESOLVED FURTHER**, that Mr. Zvi Linkovski be appointed as Chairman of the Corporation's Board of Directors and Principal Executive Officer.

IN WITNESS WHEREOF, the undersigned directors have executed this Unanimous Written Consent effective as of July 7, 2010.

_____    _____    _____
Zvi Linkovski               Orly Ben Ami                Hanan Waksman


_____    _____
Eran Feldhay – Independent Director    Ran Ben-Or – Independent Director

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firm of Pepper Hamilton LLP ("Pepper"), 1313 Market Street, Suite 5100, Wilmington DE 19801, as general bankruptcy counsel in the bankruptcy case; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, financial and professional service firm as may be deemed necessary or appropriate by the Officer; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered for and in the name on behalf of the Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions and to pay such fees as authorized by the Court..

**RESOLVED FURTHER**, that Mr. Zvi Linkovski be appointed as Chairman of the Corporation's Board of Directors and Principal Executive Officer..

IN WITNESS WHEREOF, the undersigned directors have executed this Unanimous Written Consent effective as of July 7, 2010.

_____     _____     _____
Zvi Linkovski              Orly Ben-Ami                Hanan Waksman


_____     _____
Eran Feldhay – Independent Director    Ran Ben-Or – Independent Director

09 955422

RESOLVED FURTHER, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firm of Pepper Hamilton LLP ("Pepper"), 1313 Market Street, Suite 5100, Wilmington DE 19801, as general bankruptcy counsel in the bankruptcy case; and

RESOLVED FURTHER, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, financial and professional service firm as may be deemed necessary or appropriate by the Officer; and

RESOLVED FURTHER, that the Officer be, and hereby is, authorized and empowered for and in the name on behalf of the Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

RESOLVED FURTHER, that the Officer be, and hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions and to pay such fees as authorized by the Court.

RESOLVED FURTHER, that Mr. Zvi Linkovski be appointed as Chairman of the Corporation's Board of Directors and Principal Executive Officer.

IN WITNESS WHEREOF, the undersigned directors have executed this Unanimous Written Consent effective as of July 6, 2010.

_____   _____   _____
Zvi Linkovski              Orly Ben Ami               Hanan Waksman

_____   _____
Eran Feldhay – Independent Director    Ran Ben-Or – Independent Director

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firm of Pepper Hamilton LLP ("Pepper"), 1313 Market Street, Suite 5100, Wilmington DE 19801, as general bankruptcy counsel in the bankruptcy case; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, financial and professional service firm as may be deemed necessary or appropriate by the Officer; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized and empowered for and in the name on behalf of the Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**RESOLVED FURTHER**, that the Officer be, and hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions and to pay such fees as authorized by the Court..

**RESOLVED FURTHER**, that Mr. Zvi Linkovski be appointed as Chairman of the Corporation's Board of Directors and Principal Executive Officer.

IN WITNESS WHEREOF, the undersigned directors have executed this Unanimous Written Consent effective as of July 7, 2010.

_____  _____  _____
Zvi Linkovski              Orly Ben Ami               Hanan Waksman


_____         _____
Eran Feldhay – Independent Director   Ran Ben-Or – Independent Director